**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
Before Judge Sheryl H. Lipman, United States District Judge

August 27, 2021

RE:    **2:21-cv-02552-SHL**
       G.S., by and through his parents and next friends, Brittany and Ryan Schwaigert, et al   v. Governor Bill Lee and Shelby County, TN

Dear Sir/Madam:

A **HEARING** on Plaintiff's Motion for Temporary Restraining Order **(Docket Entry # 2)** has been **SET** before **Judge Sheryl H. Lipman** for **Monday, August 31 2020** a**t 11:00 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

**Plaintiff's Counsel is directed to notify the defendant/defendant's counsel of hearing.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:    *s/ Sandra McClain*,
       Courtroom Deputy to Judge Sheryl H. Lipman
       901-495-1317
       sandra_mcclain@tnwd.uscourts.gov