✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TENNESSEE**

G.S. by and through his parents and next friends,
BRITTANY AND RYAN SCHWAIGERT, et al

V.

GOVERNOR BILL LEE, et al

## EXHIBIT AND WITNESS LIST

Case Number: 2:21cv2552

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sheryl H. Lipman | B. Timmons, B. Ashby, C. Edington, R. Donati | E. Whitwell, M. Iverson. N. Bicks, S. Stuart, |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/30/2021 | Candace Covey | Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 8/30/2021 | | | Dr. Sarah Cross, M.D. |
| 1 | | 8/30/2021 | x | x | Curriculum Vitae of Sara L. Cross, MD |
| x | | 8/30/2021 | | | Dr. Joi Wilson-Townsend, MPH, M.D. |
| 2 | | 8/30/2021 | x | x | Curriculum Vitae of Dr. Joi Wilson-Townsend, MPH, M.D. |
| x | | 8/30/2021 | | | Emily Tremel |
| x | | 8/30/2021 | | | Brittany Schwaigert |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages