AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| G.S., by and through his parents and next friends | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv- 02552-SHL-atc |
| Governor Bill Lee in his official capacity, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Shelby County, Tennessee.

Date: 09/06/2021

s/Charles Silvestri Higgins
*Attorney's signature*

Charles Silvestri Higgins (BPR #30184)
*Printed name and bar number*
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103

*Address*

chiggins@bpjlaw.com
*E-mail address*

(901) 524-5000
*Telephone number*

(901) 524-5024
*FAX number*