IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DISTRICT

G.S., by and through his parents and next
Friends, BRITTANY AND RYAN SCHWAIGERT;
S.T. by and through her mother and next friend,
EMILY TREMEL; and on behalf of those similarly situated,

      Plaintiff,

v.

GOVERNOR BILL LEE, in his official
Capacity as GOVERNOR OF TENNESSEE,
SHELBY COUNTY, TENNESSEE,

      Defendants.

Case No. 2:21-cv-02552-SHL-atc

**JURY DEMAND**

NOTICE OF CORRECTION OF ECF 42 – TO CORRECT FILER NAME

COME NOW the Plaintiffs, G.S., by and through his parents and next friends, Brittany and Ryan Schwaigert; and S.T., by and through her mother and next friend, Emily Tremel, and on behalf of those similarly situated (hereinafter "Plaintiffs"), by and through their attorney, and hereby files their *Notice of Correction of ECF 42 – to Correct Filer Name.* ECF 42 should have been filed under Bryce W. Ashby.

    Respectfully submitted,

    **DONATI LAW, PLLC**

    /s/Bryce W. Ashby_____
    Bryce W. Ashby – TN Bar #26179
    Brice M. Timmons – TN Bar #29582
    Robert A. Donati – TN Bar #25355
    Craig A. Edgington – TN Bar #38205
    1545 Union Ave.
    Memphis, TN  38104
    (901) 278-1004 - Phone
    (901) 278-3111 - Facsimile
    bryce@donatilaw.com

brice@donatilaw.com  
robert@donatilaw.com  
craig@donatilaw.com  

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing.

*/s/Bryce W. Ashby*