# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

G.S., by and through his parents and next
friends, BRITTANY AND RYAN SCHWAIGERT;
S.T., by and through her mother and next friend,
EMILY TREMEL; and on behalf of those similarly situated,

    Plaintiffs,

v.                                                                                          Case No. 2:21-cv-02552-SHL-atc

GOVERNOR BILL LEE, in his official
capacity as GOVERNOR OF TENNESSEE,
SHELBY COUNTY, TENNESSEE,

    Defendants.

## PLAINTIFFS' NOTICE OF POTENTIAL WITNESSES FOR HEARING SCHEDULED SEPTEMBER 8, 2021

    Plaintiffs, by and through undersigned counsel, hereby provide Notice of potential witnesses for the hearing Scheduled September 9, 2021:

    After consultation with Counsel for Defendant Governor Bill Lee and without objection from opposing counsel, Plaintiffs will rely upon the testimony and evidence from the Hearing on the Temporary Restraining Order and declarations offered from Brittany Schwaigert, Emily Tremel, Joi Wilson-Townsend, MD, and Sara Cross, MD.  Plaintiffs will also rely upon all other declarations and evidence submitted in its filings.

    Plaintiffs does not believe further testimony from any witnesses will be necessary for Plaintiffs at the Preliminary Hearing.

    .

Respectfully Submitted,

/s/Bryce W. Ashby
Bryce W. Ashby—TN Bar #26179
Brice M. Timmons—TN Bar #29582
Robert A. Donati—TN Bar #25355
Craig A. Edgington -—TN Bar #38205
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Phone: 901.278.1004
Fax: 901.278.311
Email:
bryce@donatilaw.com
robert@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on Counsel for Defendants via the Court's ECF system or via email on this the 8th day of September, 2021.

/s/Bryce W. Ashby