IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DISTRICT

G.S., by and through his parents and next
Friends, BRITTANY AND RYAN SCHWAIGERT;
S.T. by and through her mother and next friend,
EMILY TREMEL; and on behalf of those similarly situated,

      Plaintiff,

v.

GOVERNOR BILL LEE, in his official
Capacity as GOVERNOR OF TENNESSEE,
SHELBY COUNTY, TENNESSEE,

      Defendants.

Case No. 2:21-cv-02552-SHL-atc

**JURY DEMAND**

NOTICE OF FILING SUPPLEMENTAL DECLARATION OF SARA CROSS, MD

    COME NOW the Plaintiffs, G.S., by and through his parents and next friends, Brittany and Ryan Schwaigert; and S.T., by and through her mother and next friend, Emily Tremel, and on behalf of those similarly situated (hereinafter "Plaintiffs"), by and through their attorney, hereby gives notice of filing the Supplemental Declaration of Sara Cross, MD, being filed in support of Plaintiffs' *Motion for Preliminary Injunction.*

Respectfully Submitted,

**DONATI LAW, PLLC**

*/s/Bryce W. Ashby*_____
Bryce W. Ashby—TN Bar #26179
Brice M. Timmons—TN Bar #29582
Robert A. Donati—TN Bar #25355
Craig A. Edgington -—TN Bar #38205
1545 Union Avenue
Memphis, TN 38104
Phone: 901.278.1004
Fax: 901.278.311

Email:
bryce@donatilaw.com
robert@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing.

*/s/Bryce W. Ashby*

2