## SWORN AFFIDAVIT

I, PEGGY JUNE GRIFFIN, solemnly swear that the following facts are true to the best of my knowledge and recollection.

1. That my Mother, Peggy Ann Cook Cobb, graduated from Chattanooga College of Law in Chattanooga, Tennessee, in 1944.

2. That she came to her law degree under the CIVIL RIGHTS LAW, called the "Law of enfranchisement which was passed by Congress, in March, 1866:"* and also as an American citizen, residing and enjoying the privileges of both the Federal Bill of Rights and the Tennessee Declaration of Rights, to proceed in any Court of Law, both as a graduate of the Chattanooga College of Law and her citizenship.

3, That she, a few years prior to her death on March 29, 1975, attempted to pass the Tennessee Bar Exam, by massive study of her library of law books which she had mastered as a student at the Chattanooga College of Law...

4. That I, seeing her laboring under the burden of such extensive homework of preparation, told her to forget all that labor and just memorize supreme Court decisions of the last ten years and she would pass the Exam.

5. That upon hearing this, she laughed at me and said, in so many words, that 'things were not that bad,' and she continued in her hard and studious labor.

6. That she phoned me from Knoxville, having taken the Exam and failed, said to me, in so many words: "Guess what the text was on?"

7. I replied to her, in so many words: "Supreme Court decisions of the last ten years?"

8. She, with a broken heart, seeing the downfall of real law, and the sham, that law school had become, saw the degeneration of her health until she passed away with cancer in 1975.

9. That she, on her death bed, instituted a precedent-setting suit against her husband, Newton A. Cobb, who had left her around $5,000, of his massive insurance company's proceeds, virtually eliminating her Right to his Estate,

10. That she, on her deathbed, filed suit, with the able defense of the prominent Chattanooga attorney, Robert Lawson, who also knew fundamental Tennessee law, that provided remedy for widows who were mandated to file against any action that excluded her from her rightful dowry,

11. That this suit successfully sailed through the lower, middle and supreme Court and became precedent law on the Tennessee law books, Peggy Cook v.

Newton Cobb, guaranteeing that widows were not left destitute and were more or less mandated to receive their just portion. This set the Justice ofnessee Law as a hallmark of righteousness in law for widows.

12. That the 1964 so-called "Civil Rights" Act eclipsed good law, the Civil Rights Law, which was certified by the blood of Civil War Veterans on both sides of the Mason-Dixon line, which blood guaranteed that all individuals had total independent freedom to act as individuals, in ownership of property, jury rights, and all individual privileges not previously enjoyed, with attendant penalties against persons who attempted to interfere with these blood-bought Rights.

13. That my Mother exercised all the privileges guaranteed her in the Civil Rights LAW and came to great prominence, in spite of the artificial and fraudulent Civil Rights ACT of 1964, which robbed individuals of those independent and kingly privileges, dividing them into groups, Blacks, Women, and descending collectives requiring the mediation of a Lawyer, under a complicated system of supreme Court decisions, which were contrary to the simple, God-given Rights guaranteed by State and Federal Bills of Rights, especially the ability to represent themselves in Court.

14. That thousands of individuals came to prominence as manufacturers, university professors, and other professional occupations PRIOR to the spurious 1964 "Civil Rights Act,"

15. That this Act robbed the Individual of the ability to show skills or qualification and made a sham of personal achievement, having now unable to prove that they came to their occupations or prominence by a false way, and that they will never be able to enjoy the soul's privileges of personal achievement, placing a cloud over the titles of achievement or prominence, whether as either as Judges, elected offices, performers, ministers, or employees. Such individuals can never say: I achieved by my skill and ambition; rather such individuals are bounden slaves to a Usurper.

Personally appeared before me this the ____ DAY OF _____, 2021, the signed individual with whom I am personally acquainted.

_____
PEGGY JUNE GRIFFIN

_____                              My Commission Expires 9-1-22
NOTARY PUBLIC