**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 27, 2021

Mr. Matthew Dowty
Office of the Tennessee Attorney General and Reporter
40 S. Main Street
Suite 1014
Memphis, TN 38103-1877

Mr. James Robert Newsom III
Office of the Attorney General
of Tennessee
500 Charlotte Avenue
Nashville, TN 37243

Ms. Jessica Farriis Salonus
Salonus Firm
139 Stonebridge Boulevard
Jackson, TN 38305

Mr. Brice Moffatt Timmons
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Robert W. Wilson
Office of the Tennessee Attorney General and Reporter
40 S. Main Street
Suite 1014
Memphis, TN 38103-1877

Re: Case No. 21-5915, *G.S., et al v. Bill Lee*
Originating Case No. : 2:21-cv-02552

Dear Counsel,

   This appeal has been docketed as case number **21-5915** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 12, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            | |
|------------|--|
| Appellant: | Appearance of Counsel |
|            | Civil Appeal Statement of Parties & Issues |
|            | Disclosure of Corporate Affiliations |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

|           | |
|-----------|--|
| Appellee: | Appearance of Counsel |
|           | Disclosure of Corporate Affiliations |
|           | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 21-5915

G.S., by and through his parents and next friends, Brittany and Ryan Schwaigert; S.T., by and through her mother and next friend, Emily Tremel; J.M., by and through her mother and next friend, Kimberly Morrise

       Plaintiffs - Appellees

v.

GOVERNOR BILL LEE

       Defendant - Appellant