# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| G.S. by and through his parents and next friends, BRITTANY and RYAN SCHWAIGERT, S.T. by and through her mother and next friend, EMILY TREMEL; J.M., by and through her mother and next friend, KIMBERLY MORRISE; and on behalf of those similarly situated, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case 2:21-cv-02552-SHL-atc |
| GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, and SHELBY COUNTY, TENNESSEE, | ) ) ) ) ) |
| Defendants. | ) |

_____

## MOTION FOR STAY PENDING APPEAL
## OF DEFENDANT GOVERNOR BILL LEE
_____

Defendant Bill Lee, Governor of the State of Tennessee (the "Governor"), in his official capacity, by and through the Office of the Tennessee Attorney General, files this motion for stay pending appeal. On September 17, 2021, the Court issued a preliminary injunction to enjoin the Governor from enforcing Executive Order 84 (the "EO"),[1] which grants parents or guardians the right to opt their children out of any imposed mask mandate on a student while at school or a

---

[1] On September 30, 2021, the Governor published Executive Order 89 (EO 89). EO 89 extends the effect of the EO through 11:59 p.m., Central Time, on November 5, 2021. The Governor shall comply with this Court's preliminary injunction while it remains in effect.

school function.  (ECF 62, PageID 1240-41, 1267.)  The Governor has now appealed that order.  (ECF 66, PageID 1322.)

Pursuant to Fed. R. Civ. P. 62(d), the Court should stay its grant of a preliminary injunction while the Governor's appeal of the injunction remains pending.  In granting the preliminary injunction, the Court determined that the Governor could not exempt Local Education Agencies ("LEAs") from implementing universal masking—the accommodation the Court considered was "the most reasonable approach."  (ECF 62, PageID 1254.)  But by requiring the Governor to provide a specific reasonable accommodation as opposed to other available options, the Court exceeded its authority by substituting its own policy choices for those of the Governor.  And the Court further compounded its error by misapplying relevant legal principles to conclude that Plaintiffs had standing to bring suit and were not subject to the exhaustion requirements of the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 to 1445 ("IDEA").  In other words, the Court abused its discretion by relying on an erroneous legal standard and improperly applying the relevant law to find that Plaintiffs were entitled to a preliminary injunction, and the Court should stay the injunction pending the Governor's appeal.  In accordance with LR 7.2(a)(1), an accompanying memorandum of facts and law is filed herewith.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter


s/James R. Newsom III
James R. Newsom (TN BPR No. 6683)
Special Counsel
Matthew R. Dowty (TN BPR No. 32078)
Assistant Attorney General
Robert W. Wilson (TN BPR No. 34492)
Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
(901) 543-2473
Jim.Newsom@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Robert.Wilson@ag.tn.gov

## **CERTIFICATE OF CONSULTATION**

Pursuant to LR 7.2(a)(1)(B), I, James R. Newsom III, counsel for the Governor, certify that I conferred with Bryce Ashby, counsel for Plaintiffs, regarding the relief requested in the motion by telephone on October 1, 2021. Plaintiffs' counsel informed me that he is opposed to the Governor's motion.

s/James R. Newsom III
James R. Newsom III
Special Counsel
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
(901) 543-2473
Jim.Newsom@ag.tn.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 1st day of October, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

                                    s/Robert W. Wilson
                                    Robert W. Wilson
                                    Assistant Attorney General