# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 10, 2021

Mr. Bryce W. Ashby
Law Offices
1545 Union Avenue
Memphis, TN 38104

Mr. Matthew Dowty
Office of the Tennessee Attorney General and Reporter
40 S. Main Street
Suite 1014
Memphis, TN 38103-1877

Mr. Craig A. Edgington
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Justin Scott Gilbert
Gilbert Law
100 W. Martin Luther King Boulevard
Suite 501
Chattanooga, TN 37402

Ms. Colleen Elizabeth Mallea
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. James Robert Newsom III
Office of the Attorney General
of Tennessee
500 Charlotte Avenue
Nashville, TN 37243

Ms. Jessica Farriis Salonus
Salonus Firm
139 Stonebridge Boulevard
Jackson, TN 38305

Mr. Reed Neal Smith
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Brice Moffatt Timmons
Donati Law
1545 Union Avenue
Memphis, TN 38104

Mr. Robert W. Wilson
Office of the Tennessee Attorney General and Reporter
40 S. Main Street
Suite 1014
Memphis, TN 38103-1877

Re: Case No. 21-5915/21-5916/21-5999, *G.S., et al v. Bill Lee*
Originating Case No. : 2:21-cv-02552; 3:21-cv-00317; 3:21-cv-00725

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                                                      Sincerely yours,

                                                      s/C. Anthony Milton
                                                      Case Manager
                                                      Direct Dial No. 513-564-7026

cc:  Mr. Thomas M. Gould
      Ms. Lynda M. Hill
      Ms. LeAnna Wilson

Enclosure

Case No. 21-5915/21-5916/21-5999

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

G.S., by and through his parents and next friends, Brittany and Ryan Schwaigert, et al.

    Plaintiffs - Appellees

v.

GOVERNOR BILL LEE

    Defendant - Appellant

Upon consideration of the parties' motion to voluntarily dismiss the appeals herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeals are dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 10, 2021