# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| G.S., et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:21-cv-02552-SHL-atc |
| GOVERNOR BILL LEE, in his official | ) | |
| capacity as GOVERNOR OF TENNESSEE, | ) | |
| and SHELBY COUNTY, TENNESSEE, | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed August 27, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Court's Order Granting Defendant Shelby County, Tennessee's Motion for Judgment on the Pleadings, (ECF No. 121), entered March 4, 2022, judgment is entered, and Plaintiffs' claims raised against Defendant Shelby County, Tennessee are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

March 4, 2022
Date