# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| G.S. by and through his parents and next friends, BRITTANY and RYAN SCHWAIGERT, S.T. by and through her mother and next friend, EMILY TREMEL; J.M., by and through her mother and next friend, KIMBERLY MORRISE, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE, <br><br> Defendant. | Case 2:21-cv-02552-SHL-atc |

## JOINT NOTICE OF SETTLEMENT

Pursuant to LR 83.13(a), the parties, Plaintiffs G.S., S.T., and J.M., by and through their parents and next friends, and Defendant Bill Lee, Governor of the State of Tennessee, hereby provide notice that they have reached a tentative agreement to settle Plaintiffs' request for attorney's fees and costs. The tentative agreement is subject to the approval of the parties of mutually agreeable settlement documentation and the approval of the appropriate State of Tennessee constitutional officials in accordance with Tenn. Code Ann. § 20-13-103. Once approved, the parties will file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and LR 83.13(b).

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/James R. Newsom III
James R. Newsom (TN BPR No. 6683)
Special Counsel
Matthew R. Dowty (TN BPR No. 32078)
Senior Assistant Attorney General
Robert W. Wilson (TN BPR No. 34492)
Senior Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
(901) 543-2473
Jim.Newsom@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Robert.Wilson@ag.tn.gov

*Counsel for Defendant*

DONATI LAW, PLLC

s/Bryce W. Ashby
Bryce W. Ashby (TN BPR No. 26179)
Brice M. Timmons (TN BPR No. 29582)
Craig A. Edgington (TN BPR No. 38205)
1545 Union Avenue
Memphis, TN 38104
Phone: (901) 278-1004
Fax: (901) 278-3111
bryce@donatilaw.com
brice@donatilaw.com
craig@donatilaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 18th day of July, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

                                                  s/Robert W. Wilson
                                                  Senior Assistant Attorney General