# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| G.S., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNOR BILL LEE, in his official capacity as GOVERNOR OF TENNESSEE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:21-cv-02552-SHL-atc<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint, (ECF No. 1), filed August 27, 2021,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, (ECF No. 127), filed March 28, 2022, all claims by Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 25, 2022
Date